UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re

NICHOLAS JOHN FARLEY,

Debtor.

Chapter 11

Case No.: 25-11017

## NOTICE OF ADJOURNMENT

**PLEASE TAKE NOTICE** that the meeting of creditors for the above-captioned chapter 11 case, pursuant to section 341 of title 11 of the United States Bankruptcy Code (the "341 Meeting"), scheduled for June 26, 2025 at 2:00 PM (Eastern Time), has been adjourned to June 30, 2025 at 11:00 a.m. (Eastern Time).

All parties shall appear by phone in accordance with the dial-in instructions below.

### Call-in Information

Meeting Dial-in No: (877) 496-9126
Participant Code: 8354206 followed by #

Dated: New York, New York
       June 16, 2025

Yours,

**LAW OFFICE OF JULIO E. PORTILLA, P.C.**

By:     */s/ Julio E. Portilla*
Julio E. Portilla, (0690)
Law Office of Julio E. Portilla, P.C.
380 Lexington Avenue, Suite 446
New York, NY 10168
Tel: (212) 365-0292