pillsbury

Pillsbury Winthrop Shaw Pittman LLP
31 West 52nd Street | New York, NY 10019-6131 | tel 212.858.1000 | fax 212.858.1500

Hugh M. McDonald
Tel: +1.212.858.1170
hugh.mcdonald@pillsburylaw.com

October 14, 2026

Nicholas J. Farley
301 East 52nd Street, Unit 5C
New York, New York 10022

Dear Nick:

Pillsbury Winthrop Shaw Pittman LLP ("Pillsbury") has offered to provide pro bono legal services to you as co-counsel in your pending Chapter 11 bankruptcy case, *In re Nicholas John Farley*, Chapter 11 Case No. 25-11017 (MEW) (the "Chapter 11 Case"). This means that you will not be charged for time spent by attorneys and other Pillsbury personnel working on your behalf.

You will be charged for any out-of-pocket expenses incurred by Pillsbury on your behalf. These could include such costs as filing fees, long-distance telephone charges, copying expenses, expert witness or consultant fees, messenger or delivery charges, travel expenses, unusually large postage charges, court filing fees, recording fees, process server fees, court reporter and transcript fees (for depositions or court proceedings), jury fees, witness fees, and the amount due pursuant to any order or judgment against you.

1. Scope of Engagement and Fees. You have asked us to serve as co-counsel with Weinberg Zareh Malkin Price LLP ("WZMP") in your Bankruptcy Case in connection with the following matters: (a) formulation of a plan of reorganization; (b) representation at any hearings concerning confirmation of such plan; and (c) other related matters that may arise from time to time.

2. Identity of the Client. Our client in this matter only will be you. We will not be representing your spouse, any relatives, any affiliates, any agent or any advisor to you.

3. Pillsbury Marketing. You grant us permission to identify you as our client in public materials. By granting us this permission, you do not waive our continuing obligation to maintain the confidentiality of any confidential information and documents that we may have received from you.

4. Conflict of Interest. We have conducted a conflict-of-interest review and determined that we do represent clients that may be adverse to you in the Bankruptcy Case. We have advised you that we cannot be adverse to Bank of New York Mellon, HSBS Bank and Mizuho Bank (collectively, the "Conflict Parties"). You have agreed that in the event there is any actual adversity between you and any of the Conflict Parties, you will be represented solely by WZMP in any such matter.

5. Advance Conflicts Waiver. Pillsbury is an international law firm that represents many different clients with diverse interests. Many of our clients conduct business or compete with one another. Our website, www.pillsburylaw.com, describes the types of clients we represent, the locations where we practice, and the matters we typically handle.

While unlikely given the narrow scope of this representation, we could be asked to represent a party in a transaction or a dispute that is adverse or potentially adverse to you, where that transaction or dispute is unrelated to the matter involved in this engagement. Under the rules of professional conduct for lawyers in many of the jurisdictions where we practice, we may be precluded from representing a current or new client in a matter adverse or potentially adverse to you, even though that matter is unrelated to this engagement for you, unless we have specific agreement from you in advance that we may do so.

Your signature on this letter confirms that you understand and agree that we may take on such unrelated matters and that you waive any conflicts that such a future representation might present to the extent such consent and waiver may be required under applicable laws. We will preserve at all times your confidences under applicable rules of professional conduct and this advance waiver does not affect that obligation.

You also acknowledge, by signing this letter, that you have had the opportunity to consult with other counsel about the consequences of granting this advance waiver and our position on conflicts of interest and that we recommended that you do so.

6. Termination or Withdrawal. You may terminate our representation at any time. We may also withdraw from representation of you at any time, subject to the applicable professional responsibility rules. Your termination of our representation or our withdrawal will not affect your responsibility for costs incurred on your behalf prior to termination and our maintenance of the confidentiality of any confidential information and documents that we may have received from you.

Upon termination or withdrawal, or at the conclusion of our representation, your papers and any of your other property will be returned promptly upon our receipt of a written request from you for their return. We may retain copies of those papers at our expense.

7. Arbitration of Disputes. If you disagree with statements for costs, or if you have concerns about the nature and quality of our services, we urge you to discuss these issues with us. Usually, they can be resolved informally. Otherwise, we each agree that any disputes will be resolved in confidential binding arbitration before the American Arbitration Association before a single neutral arbitrator, the cost of which arbitration shall be borne by the Firm initially, subject to reimbursement pursuant to the applicable arbitration rules.

Very truly yours,

*Hugh M. McDonald*

Hugh M. McDonald

Accepted and agreed to:

______________________________

Dated: Oct 14, 2026

**PILLSBURY WINTHROP SHAW PITTMAN LLP**
**DISBURSEMENT CHARGE RATES [1] - USD**
***as of 01/01/2026***

| **DISBURSEMENT/EXPENSE*** | **CLIENT CHARGE BASIS** |
|---|---|
| ***Computer*** | |
| Litigation Support Data Hosting charges | $25 per GB per month |
| Computer Research (LexisNexis and Westlaw), etc. | Charged based on standard vendor rates per search, less a discount of 30% on Westlaw and LexisNexis searches, plus the hourly rate of the person conducting the search. |
| ***Document Preparation*** | |
| Convenience Copies, Printing, Scanning | $0.19 per page – Black and white<br>$0.44 per page - Color |
| Copy Center Reproduction and Printing (Photocopies, scans, images, etc.) | $0.15 per page (for jobs under 3,500 counts)<br>$0.10 per page (for jobs of 3,500 counts or more) |
| Oversized Copies | $0.75 per page |
| Color Copies | $0.40 per page (for jobs under 3,500 counts)<br>$0.35 per page (for jobs of 3,500 counts or more) |
| Document Binding (Briefs, formal presentation documents, etc.) | $1.25 per binding |
| CD Burn | $5.00 per burn |
| DVD Burn | $7.50 per burn |
| Tabs | $0.20 per tab |
| Litigation Preparation (Copying, scanning, etc.) | $0.10 per page (light)<br>$0.12 per page (medium)<br>$0.15 per page (heavy)<br>$0.19 per page (glass work) |

* There is no charge for postage, faxes or domestic and international phone calls

1 All other expenses incurred and paid for by the firm on behalf of clients, including express courier service, court services, catering, equipment rental, third party conference calls, cell phone expenses, etc. are charged at cost. Disbursements for large vendor invoices (over $5000) will be forwarded directly to the client for payment. Alternatively, if the client prefers to have the firm pay the vendor for large invoices and include the disbursement on the next client bill, the firm will do so if the vendor agrees to defer payment of their invoice until the client pays the firm.