**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>NICHOLAS JOHN FARLEY,<br><br>Debtor. | Chapter 11<br><br>Case No. 25-11017 (MEW) |

**ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION OF PILLSBURY WINTHROP SHAW PITTMAN LLP AS SPECIAL CO- COUNSEL TO DEBTOR PURSUANT TO SECTIONS 327(e) AND 1107(b) OF THE BANKRUPTCY CODE**

Upon the application (the "**Application**") of Nicholas John Farley (the "**Debtor**"), dated October 28, 2026, seeking entry of an order, pursuant to sections 327(e) and 1107(b) of title 11 of the United States Code (the "**Bankruptcy Code**"), authorizing the employment and retention of Pillsbury Winthrop Shaw Pittman LLP ("**PWSP**") as special co-counsel to the Debtor in the above-captioned Chapter 11 case, effective *nunc pro tunc* to October 6, 2026; and the Court having reviewed the Application, the Declaration of Hugh McDonald in Support of Application to Employ and Retain Pillsbury Winthrop Shaw Pittman LLP as Special Co-Counsel to the Debtor (the "**McDonald Declaration**"), and the Engagement Letter dated October 14, 2026 (the "**Engagement Letter**"); and due and sufficient notice of the Application having been given; and no objections having been filed; and it appearing that the employment and retention of PWSP as special co-counsel to the Debtor is in the best interests of the Debtor and his estate; and after due deliberation thereon; and good and sufficient cause appearing therefor, it is hereby **ORDERED, ADJUDGED AND DECREED THAT:**

1. The Application is GRANTED.

2. The Debtor is authorized to employ and retain PWSP as special co-counsel to

the Debtor in this Chapter 11 case, pursuant to section 327(e) of the Bankruptcy Code, effective *nunc pro tunc* to October 6, 2026, upon the terms and conditions set forth in the Application, the McDonald Declaration, and the Engagement Letter.

3. PWSP is authorized to represent and provide legal services to the Debtor in this Chapter 11 case as set forth in the Application and the Engagement Letter. PWSP shall be entitled to seek reimbursement for its reasonable and documented expenses pursuant to Bankruptcy Code sections 330 and 331.

4. PWSP shall comply with all applicable provisions of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules, and any orders of this Court in connection with its retention.

5. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation of this Order.

Dated: New York, New York
November 5, 2026

/s/ **Michael E. Wiles**
UNITED STATES BANKRUPTCY JUDGE